## Kazimier Wroblewski, Defendant in Error, v. City of Chicago, Plaintiff in Error.

### Gen. No. 21,771. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in this court at the October term, 1915. Reversed and judgment here. Opinion filed May 1, 1916.

### Statement of the Case.

Action by Kazimier Wroblewski, plaintiff, against City of Chicago, defendant, to recover wages or salary as a patrolman for the period from May 31, 1910, to December 7, 1910, during which he was suspended and discharged, but reinstated at the latter date. Upon trial by the court he had judgment for $625, to reverse which defendant prosecutes this writ of error.

SAMUEL A. ETTELSON, for plaintiff in error; ROY S. GASKILL and GEORGE A. CURRAN, of counsel.

A. D. GASH, for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 126*—*when proof of existence of office and right thereto essential in action for salary.* In an action by one against a municipal corporation for salary or wages as patrolman, plaintiff must show the existence of the office of patrolman during the period for which salary is sought, and his legal right to hold it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number,